WILLIAM E. GILG, ESQ.
Attorney at Law (SBN 151991)
1540 Lago Street
San Mateo, CA 94403
Telephone: (650) 376-3462
E-Mail: williamgilg@msn.com

Attorney for Plaintiffs,
ROGER TONNA, MARY TONNA

**FILED**

Apr 18 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNTIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER TONNA, MARY TONNA, | Case No: 3:22-CV-03893-TSH |
| Plaintiff, | **COURT ORDER RE** |
| vs. | **STIPULATION TO DISMISS CASE** |
| STATE FARM GENERAL INSURANCE COMPANY; and DOES 1 to 10, | [FRCP, Rule 41] |
| Defendants. | |

GOOD CAUSE appearing, this matter is hereby dismissed with prejudice.

Dated: April 18, 2023

_____
JUDGE OF THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA
Honorable Thomas S. Hixson, United States Magistrate Judge